UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER CLAY PIERCE,

Defendant.
_____/

Case: 2:25-cr-20086
Assigned To : Drain, Gershwin A.
Referral Judge: Grand, David R.
Assign. Date : 2/20/2025
Description: IND USA V.
CHRISTOPHER CLAY PIERCE (MC)

Violation:   18 U.S.C. § 875(c)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about October 2, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Christopher Clay Pierce, knowingly transmitted in interstate commerce communications containing a threat to injure the person of another. Specifically, for the purpose of issuing a threat and with knowledge that the communications would be viewed as a threat, Pierce used the internet to transmit the following messages to individuals associated with a political action committee:

> Every day, your people contact me with a campaign ad and it's calling me racist. You motherfuckers contact me again I guarantee I can find each and every one of your fucking organizers. I'm a member of that

1

American patriot fucking three bitch. And we will turn you motherfuckers inside out. I've already managed to locate one of your call centers.. you will shut this shit down or we will shut it down for you permanently. This year proves [Presidential Candidate] is nothing but a fucking communist piece of fucking shit and doesn't deserve to fucking even be in the race to become president. Now you better stop or I promise you this is badly for all of you motherfuckers and we won't involve the law mother fucker.. American patriot three are current and former US military and current and former law-enforcement.

You will shut down your entire organization or it will be shut down for you. 90% of the members of American patriot three are trained killers. Trained by uncle Sam. And they will go to work if you do not close up shop because obviously you cannot control the fucking retard that you allowed to use your platform. It paints targets on your backs and the backs of your families. Your call centers have been located. Don't make these boys and girls go to work."

All in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS
(Criminal Forfeiture - 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of Count One of this Indictment, in violation of 18 U.S.C. § 875(c), the defendant shall forfeit to the United States his interest in any property, real or personal, which constitutes or is derived from proceeds traceable to its offense.

2

Forfeiture includes, but is not limited to, a personal forfeiture money judgment against the defendant, in favor of the United States, in an amount representing the gross proceeds obtained by the defendant as a result of his violation of Count One of this Indictment, a violation 18 U.S.C. § 875(c).

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JULIE A. BECK
Acting United States Attorney

*s/ John K. Neal*
JOHN K. NEAL
Chief, Public Corruption and Civil Rights Unit

*s/ T. Patrick Martin*
T. PATRICK MARTIN
Assistant United States Attorney

Dated: February 20, 2025

| (Companion Case information MUST be com | | Case: 2:25-cr-20086 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Assigned To : Drain, Gershwin A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 2/20/2025<br>Description: IND USA V.<br>CHRISTOPHER CLAY PIERCE (MC) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: *TPM* |

**Case Title:** USA v. Christopher Clay Pierce

**County where offense occurred :** Jackson

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no prior complaint.**
    ✓ Indictment/____Information --- **based upon prior complaint** [Case number: 24-mj-30474 ]
    ____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 20, 2025
Date

s/ T. Patrick Martin
T. Patrick Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9168
E-Mail address: thomas.martin@usdoj.gov
Attorney Bar #: P86940

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.